UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and XPEDITE SYSTEMS LLC, | |
| | NO. CIV. S 05-2257 MCE KJM |
| Plaintiffs, | |
| v. | ORDER |
| BILL LOCKYER, Attorney General of California, in his official capacity, and CHARLOTTE ZETTEL, Director, California Department of Consumer Affairs, in her official capacity, | |
| Defendants. | |

----oo0oo----

Having read and considered Plaintiffs' Ex Parte Application for an order shortening the time for hearing Plaintiffs' Motion for Preliminary Injunction, said request is hereby DENIED. The Motion for Preliminary Injunction remains regularly set for

1

1 | hearing on January 9, 2006 at 9:00 a.m. in this Court.
2 |
3 |     IT IS SO ORDERED.
4 |
5 | DATED: November 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE