DONALD W. BROWN (State Bar No. 83347)
RICHARD A. JONES (State Bar No. 135248)
COVINGTON & BURLING
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Fax: (415) 591-6091
Email: dwbrown@cov.com

*Attorneys for Plaintiffs*

(Additional counsel listed on signature page)

BILL LOCKYER
Attorney General of the State of California
KATHRIN SEARS (State Bar No. 146684)
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5503
Fax: (415) 703-5480

*Attorneys for Defendants*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BILL LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, *et al.*,<br><br>Defendants. | Civil No.: 2:05-CV-02257-MCE-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT**<br><br>**[ATTACHED CORPORATE DISCLOSURE STATEMENT]**<br><br>Judge: Hon. Morrison C. England, Jr. |

Pursuant to Fed. R. Civ. P. 7(b) and Local Rules 83-143 and 6-144, the parties hereby stipulate and respectfully request an Order excusing them from filing a Joint Status Report on January 9, 2006 under the Court's Order Requiring Joint Status Report.

1. On December 21, 2005, the Court issued an Order staying the enactment of SB 833 until January 31, 2006 and setting a full hearing on the merits of plaintiffs' claims for January 23, 2006.  The Court also ordered any supplemental briefing by January 13, 2006.

2.  On December 22, 2005, the Court issued an Order stating that a Status hearing on the merits of Plaintiffs' claims and motion for TRO is set for January 23, 2006, vacating the hearing on Plaintiffs' motion for preliminary injunction and Defendants' motion to dismiss, both set for hearing on January 9, 2006, and vacating the briefing schedule for those motions. The Court indicated that it will reset any future dates/hearings at the January 23, 2006 hearing.

3. In light of the Court's Orders, the parties respectfully submit that preparation of a Joint Status Report would serve no purpose not already served by the Court's Orders, and respectfully ask that they be excused from doing so.

///

///

///

///

4. Pursuant to paragraph 7 of the Order Requiring Joint Status Report, plaintiffs submit statements of corporate disclosure, which are attached as Exhibit A.

DATED: January 6, 2006

| COVINGTON & BURLING | BILL LOCKYER |
|---|---|
| | Attorney General for |
| | the State of California |
| By: _____/s/_____ | By:_____/s/_____ |
| RICHARD A. JONES | KATHRIN SEARS |
| | Deputy Attorney General |
| Attorneys for Plaintiffs | Attorneys for Defendants |

**IT IS SO ORDERED.**

DATED: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

```
                     Case 2:05-cv-02257-MCE-KJM   Document 48   Filed 01/11/06   Page 4 of 4
```

DAVID H. REMES *(pro hac vice)*
GERARD J. WALDRON
TIMOTHY L. JUCOVY *(pro hac vice)*
TRISHA B. ANDERSON+ (State Bar No. 232851; *admission to E.D. pending*)
ROBERT M. SHERMAN *(pro hac vice)*
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Fax: (202) 778-5212
Email: dremes@cov.com

+ Admitted only in California; supervised by principals
  of the firm who are members of the D.C. Bar.

STEPHEN A. BOKAT
AMAR D. SARWAL
NATIONAL CHAMBER
  LITIGATION CENTER, INC.
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337

*Attorneys for Plaintiffs*

ALBERT N. SHELDEN
Senior Assistant Attorney General
RONALD A. REITER (State Bar No. 62497)
Supervising Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5503
Fax: (415) 703-5480

*Attorneys for Defendants*