DONALD W. BROWN (State Bar No. 83347)
RICHARD A. JONES (State Bar No. 135248)
COVINGTON & BURLING
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Fax: (415) 591-6091
Email: dwbrown@cov.com

DAVID H. REMES *(pro hac vice)*
GERARD J. WALDRON
TIMOTHY L. JUCOVY *(pro hac vice)*
TRISHA B. ANDERSON+ (State Bar No. 232851)
ROBERT M. SHERMAN *(pro hac vice)*
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Fax: (202) 778-5212
Email: dremes@cov.com

+ *Admitted only in California; supervised by principals
  of the firm who are members of the D.C. Bar.*

STEPHEN A. BOKAT
AMAR D. SARWAL
NATIONAL CHAMBER
  LITIGATION CENTER, INC.
1615 H Street, N.W.
Washington, D.C. 20062
(202) 463-5337

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BILL LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, *et al.*,<br><br>  Defendants. | Civil No.: 2:05-CV-02257-MCE-KJM<br><br>**ORDER DISPOSING OF PENDING MOTIONS AND GRANTING PERMANENT INJUNCTION**<br><br>Judge: Hon. Morrison C. England, Jr. |

1. On February 27, 2006, this Court entered summary judgment for Plaintiffs on Count I of their Complaint, declaring that Section 17538.43(b)(1) of the California Business and Professions Code, as applied to the interstate transmission of unsolicited advertisements (as defined in Section 17538.43(a)(2)), is preempted by the Federal Communications Act.

2. Because the Court has granted summary judgment for Plaintiffs on Count I, it is unnecessary to consider Count II (Commerce Clause). Because Plaintiffs have withdrawn their § 1983 claim as to Count I, it is also unnecessary to consider Count III (42 U.S.C. § 1983).

3. Because Plaintiffs have withdrawn their § 1983 claim as to Count I and Defendants have withdrawn their request to dismiss Plaintiffs' other claims against the Director of the California Consumer Affairs Department, Defendants' pending motion to dismiss is moot.

4. Because the Court has granted summary judgment for Plaintiffs on Count I, Plaintiffs' motions for temporary and preliminary injunctive relief are also moot, and their motion for a permanent injunction is ripe.

5. Upon consideration of the complete record in this case, including written pleadings and oral argument, it is hereby:

ORDERED, that

(1) Final judgment is entered for Plaintiffs on Court I of their Complaint;

(2) Plaintiffs' request for a permanent injunction is GRANTED on the basis of that final judgment. Defendants, and their respective employees and agents, are permanently enjoined from enforcing Section 17538.43(b)(1) of the California Business and Professions Code with respect to the interstate transmission of any unsolicited advertisement (as defined in Section 17538.43(a)(2));

///

////

Civil No.: 2:05-CV-02257-MCE-KJM

2

1  (3)  The parties bear their own costs, including attorneys fees; and

2  (4)  This Court retains jurisdiction to enforce this injunction as appropriate.

SO ORDERED.

DATED: June 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE